IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GARY T.,** | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| vs. | : | NO.   25-cv-1294 |
| | : | |
| **FRANK BISIGNANO,** | : | |
| Commissioner of Social Security, | : | |
| Defendant. | : | |

# O R D E R

**AND NOW**, this ___30TH___ day of September, 2025, upon consideration of Plaintiff's Request for Review (ECF No. 6), Defendant's response thereto (ECF No. 7) and Plaintiff's Reply (ECF No. 8), and for the reasons provided in the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1. Plaintiff's Request for Review is **GRANTED**;

2. This matter is **REMANDED** to the Commissioner for further proceedings consistent with the Court's Memorandum accompanying this Order; and

3. This case shall be marked **CLOSED** for statistical purposes.

BY THE COURT:

   /s/ Lynne A. Sitarski
LYNNE A. SITARSKI
United States Magistrate Judge